LIBEL OLIVER BEEBY VS. JN<sup>O</sup> BANISTER

Being read.

The Defendant fil'd his Plea.

upon which the Plaintiff withdrew his Libel and the Court was adjourned untill further notice